

Justices Baer, Todd, Donohue, Dougherty and Mundy join the opinion.

Justice Wecht did not participate in the consideration or decision of this case.

154 A.3d 763

**Aaron WISE, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee**

**No. 26 EAP 2016**

Supreme Court of Pennsylvania.

February 22, 2017

Aaron Wise, Pro Se.

Theron Richard Perez, Camp Hill, Jaime Beth Boyd, for Pennsylvania Department of Corrections, appellee.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED.**

